---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

�■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**02/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jeffery** <br> First name <br><br> **P.** <br> Middle name <br><br> **Johnson** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6154** | |

Debtor 1    **Jeffery P. Johnson**                                              Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  Cambridge Marine Construction, Inc.**<br>**DBA  Race Construction LLC**<br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **72 Mistuxet Avenue**<br>**Mystic, CT 06355**<br>Number, Street, City, State & ZIP Code<br><br>**New London**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

3/02/20 4:35PM

Debtor 1   **Jeffery P. Johnson**                                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| Debtor | **Cambridge Marine Construction Inc.** | | Relationship to you | _____ |
| District | **Connecticut** | When | **3/02/20** | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.     Go to line 12.

☐ Yes.     Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Jeffery P. Johnson**                                                        Case number *(if known)*

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

Debtor 1    **Jeffery P. Johnson**

Case number *(if known)*

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Jeffery P. Johnson**                                                          Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jeffery P. Johnson**                                              _____

**Jeffery P. Johnson**                                                  Signature of Debtor 2

Signature of Debtor 1

Executed on    **March  2, 2020**                          Executed on    _____

MM / DD / YYYY                                                 MM / DD / YYYY

---

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                          Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Anthony S. Novak**                                    Date    **March  2, 2020**
Signature of Attorney for Debtor                                     MM / DD / YYYY

**Anthony S. Novak**
Printed name

**Novak Law Office, P.C.**
Firm name

**280 Adams Street**
**Manchester, CT 06042**
Number, Street, City, State & ZIP Code

Contact phone    **860-432-7710**                    Email address    **anthonysnovak@aol.com**

**ct09074 CT**
Bar number & State

---

3/02/20  4:35PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

Part 1:    **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $            0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $        36,555.67 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $        36,555.67 |

Part 2:    **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $        481,192.54 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        9,118,187.46 |
| **Your total liabilities** | $        9,599,380.00 |

Part 3:    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $            0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $        2,230.92 |

Part 4:    **Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                        Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                   $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 92,368.32 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 92,368.32 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Escape** | ■ Debtor 1 only | |
| | Year: **2008** | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Approximate mileage: **100000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $1,376.00 / $1,376.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=> | $1,376.00 |

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1   **Jeffery P. Johnson**                                    Case number *(if known)* _____

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household goods and furnishings | $1,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Cell phone, TV's (older), laptop | $500.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Everyday clothing, outwear, footwear, casualwear | $200.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Wedding band, watch | $200.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

   | | $1,900.00 |
   |---|---|

| Debtor 1 | **Jeffery P. Johnson** | Case number *(if known)* | |
|---|---|---|---|

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.** **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes....................................................................................................................

| | Cash | $60.00 |
|---|---|---|

**17.** **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................      Institution name:

| 17.1. | **Checking** | **Chelsea Groton Bank Checking #4764** | $103.54 |
|---|---|---|---|

**18.** **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................      Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
Name of entity:                      % of ownership:

| | **Cambridge Marine Construction Inc.** | **100** % | $0.00 |
|---|---|---|---|
| | **Race Construction LLC** | **100** % | $0.00 |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:                      Institution name:

| | **401(k)** | **ADP Retirement Plan 401K Not property of the estate pursuant to 11 USC Sec 541(c)(2) and CGS 52-321(a).** | $21,883.92 |
|---|---|---|---|
| | **Roth IRA** | **Capital Group Roth IRA Not property of the estate pursuant to 11 USC Sec 541(c)(2) and CGS 52-321(a).** | $11,232.21 |

| Debtor 1 | **Jeffery P. Johnson** | Case number *(if known)* | |
|---|---|---|---|

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Prudential Life Insurance Policy | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No

| Official Form 106A/B | Schedule A/B: Property | page 4 |
|---|---|---|

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson** _____    Case number *(if known)* _____

&#9633; Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    &#9632; No
    &#9633; Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    &#9632; No
    &#9633; Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    &#9632; No
    &#9633; Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................    | **$33,279.67** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    &#9632; No. Go to Part 6.
    &#9633; Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    &#9632; No. Go to Part 7.
    &#9633; Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    &#9632; No
    &#9633; Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........................................................................................ | | **$0.00** |
| 56. **Part 2: Total vehicles, line 5** | **$1,376.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$1,900.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$33,279.67** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$36,555.67** | Copy personal property total   **$36,555.67** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$36,555.67** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery P. Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2008 Ford Escape 100000 miles**<br>Line from *Schedule A/B*: **3.1** | $1,376.00 | ■ | $4,000.00 | **11 U.S.C. § 522(d)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ | $1,000.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cell phone, TV's (older), laptop**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Everyday clothing, outwear, footwear, casualwear**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ | $200.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Wedding band, watch**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | **11 U.S.C. § 522(d)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Jeffery P. Johnson**                                        Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Chelsea Groton Bank Checking #4764**<br>Line from *Schedule A/B*: **17.1** | $103.54 | ■ $103.54<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Cambridge Marine Construction Inc. 100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Race Construction LLC 100 % ownership**<br>Line from *Schedule A/B*: **19.2** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k): ADP Retirement Plan 401K Not property of the estate pursuant to 11 USC Sec 541(c)(2) and CGS 52-321(a).**<br>Line from *Schedule A/B*: **21.1** | $21,883.92 | ■ $21,883.92<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Roth IRA: Capital Group Roth IRA Not property of the estate pursuant to 11 USC Sec 541(c)(2) and CGS 52-321(a).**<br>Line from *Schedule A/B*: **21.2** | $11,232.21 | ■ $11,232.21<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Prudential Life Insurance Policy**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

3/02/20 4:35PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Amy L. Kelly** | Last 4 digits of account number _____ | **$1.00** | **$1.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**84 Ruddy Duck Way**
**Woodbine, GA 31569**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ☑ Disputed

☐ At least one of the debtors and another      **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government

☑ No                                              ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                             ☑ Other. Specify  **Wages, salaries, and commissions**

| 2.2 | **Angel V. Chequer** | Last 4 digits of account number _____ | **$20,971.20** | **$20,971.20** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**78 Lincoln Blvd**
**Hempstead, NY 11550**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ☑ Disputed

☐ At least one of the debtors and another      **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government

☑ No                                              ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                             ☑ Other. Specify  **Wages, salaries, and commissions**

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known)

---

| 2.3 | **City of New London** | Last 4 digits of account number | | **$1,979.95** | **$1,979.95** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **vehicle taxes on 2017 GMC Sierra**

---

| 2.4 | **City of New London** | Last 4 digits of account number | | **$1,392.92** | **$1,392.92** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **vehicle taxes on 2017 GMC Sierra**

---

| 2.5 | **City of New London** | Last 4 digits of account number | | **$1,669.06** | **$1,669.06** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **property taxes 3 Shaw's Cove**
**New London CT**

---

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**                                        Case number (if known) _____

---

| 2.6 | **City of New London** | Last 4 digits of account number _____ | **$1,503.39** | **$1,503.39** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**property taxes on 3 Shaw's Cove New London CT**

---

| 2.7 | **City of New London** | Last 4 digits of account number _____ | **$680.75** | **$680.75** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**vehicle taxes on 2017 GMC Sierra**

---

| 2.8 | **City of New London** | Last 4 digits of account number _____ | **$1,046.10** | **$1,046.10** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**vehicle taxes on 2015 GMC Sierra**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

3/02/20 4:35PM

Debtor 1   **Jeffery P. Johnson**                                   Case number (if known)

---

| 2.9 | **City of New London** | Last 4 digits of account number | | **$1,327.26** | **$1,327.26** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Vehicle taxes on 2016 Bulle 335BHS**

---

| 2.10 | **City of New London** | Last 4 digits of account number | | **$114.49** | **$114.49** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**vehicle taxes on 2017 Ventu VATB5925**

---

| 2.11 | **City of New London** | Last 4 digits of account number | | **$1,866.02** | **$1,866.02** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**vehicle taxes on 2017 East Genesis**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1  **Jeffery P. Johnson**                                     Case number (if known)

---

| 2.1 2 | **City of New London** | Last 4 digits of account number | | $814.32 | $814.32 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**vehicle taxes on 2015 GMC Sierra**

---

| 2.1 3 | **City of New London** | Last 4 digits of account number | | $879.98 | $879.98 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**vehicle taxes on 2014 GMC Sierra**

---

| 2.1 4 | **City of New London** | Last 4 digits of account number | | $693.11 | $693.11 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**vehicle taxes on 2015 GMC Sierra**

---

Debtor 1   **Jeffery P. Johnson**

Case number (if known)

---

| 2.1 5 | **City of New London** | Last 4 digits of account number | | **$1,046.10** | **$1,046.10** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

_____ **vehicle taxes on 2015 GMC Sierra**

---

| 2.1 6 | **City of New London** | Last 4 digits of account number | | **$655.57** | **$655.57** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

_____ **vehicle taxes on 2015 10 Bulle 335BHS**

---

| 2.1 7 | **City of New London** | Last 4 digits of account number | | **$881.10** | **$881.10** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**

■ No
☐ Yes

_____ **vehicle taxes on 2015 GMC Sierra**

---

Debtor 1   **Jeffery P. Johnson**                                      Case number (if known) _____

---

**2.1 8**

**City of New London**
Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | $1,650.78 | $1,650.78 | $0.00 |

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2018 Chevy Silverado**

---

**2.1 9**

**City of New London**
Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | $1,103.90 | $1,103.90 | $0.00 |

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2016 GMC Sierra**

---

**2.2 0**

**City of New London**
Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | $681.93 | $681.93 | $0.00 |

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2016 GMC Sierra**

---

Debtor 1  **Jeffery P. Johnson**                                          Case number (if known) _____

---

| 2.2 1 | | | | |
|---|---|---|---|---|
| **City of New London** | Last 4 digits of account number _____ | **$201.47** | **$201.47** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector
181 State St
New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2016 10 GAC 18E**

---

| 2.2 2 | | | | |
|---|---|---|---|---|
| **City of New London** | Last 4 digits of account number _____ | **$578.72** | **$578.72** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector
181 State St
New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2018 GMC Sierra**

---

| 2.2 3 | | | | |
|---|---|---|---|---|
| **City of New London** | Last 4 digits of account number _____ | **$1,046.10** | **$1,046.10** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector
181 State St
New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2015 GMC Sierra**

---

Debtor 1    **Jeffery P. Johnson**                              Case number (if known) _____

---

| 2.2 4 | **City of New London** | Last 4 digits of account number ____ ____ | $719.48 | $719.48 | $0.00 |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2016 10 Bulle 335BHS**

---

| 2.2 5 | **City of New London** | Last 4 digits of account number ____ ____ | $1,886.79 | $1,886.79 | $0.00 |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2016 3 GMC Yukon SL**

---

| 2.2 6 | **City of New London** | Last 4 digits of account number ____ ____ | $655.57 | $655.57 | $0.00 |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2014 3 GMC Sierra K**

---

Debtor 1    **Jeffery P. Johnson**

Case number *(if known)*

---

| 2.2 7 | | | | |
|---|---|---|---|---|
| **City of New London** | Last 4 digits of account number | **$1,002.89** | **$1,002.89** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**vehicle taxes on 2016 3 GMC Sierra K**

---

| 2.2 8 | | | | |
|---|---|---|---|---|
| **City of New London** | Last 4 digits of account number | **$723.50** | **$723.50** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**vehicle taxes on 2015 3 GMC Sierra K**

---

| 2.2 9 | | | | |
|---|---|---|---|---|
| **City of New London** | Last 4 digits of account number | **$1,001.75** | **$1,001.75** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**vehicle taxes on 2015 3 GMC Sierra K**

---

Debtor 1   **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 2.3 0 | **City of New London** | Last 4 digits of account number _____ | $815.56 | $815.56 | $0.00 |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2016 3 GMC Sierra K**

---

| 2.3 1 | **City of New London** | Last 4 digits of account number _____ | $972.32 | $972.32 | $0.00 |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2015 3 GMC Sierra K**

---

| 2.3 2 | **City of New London** | Last 4 digits of account number _____ | $1,382.20 | $1,382.20 | $0.00 |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2017 10 East Genesis**

---

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                           Case number (if known)  _____

---

**2.3 3**

**City of New London**
Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$1,046.10**    **$1,046.10**    **$0.00**

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2015 3 GMC Sierra K**

---

**2.3 4**

**City of New London**
Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$1,063.57**    **$1,063.57**    **$0.00**

When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2016 2 Chevy LCF 4500**

---

**2.3 5**

**City of New London**
Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$979.32**    **$979.32**    **$0.00**

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**vehicle taxes on 2015 3 GMC Sierra K**

---

Debtor 1   **Jeffery P. Johnson**                                    Case number (if known) _____

---

**2.3 6**

| | | | |
|---|---|---|---|
| **City of New London** | Last 4 digits of account number _____ | **$84.46** | **$84.46** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2014 10 Ventu VATB5925**

---

**2.3 7**

| | | | |
|---|---|---|---|
| **City of New London** | Last 4 digits of account number _____ | **$1,117.94** | **$1,117.94** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2015 10 Bulle 335BHS**

---

**2.3 8**

| | | | |
|---|---|---|---|
| **City of New London** | Last 4 digits of account number _____ | **$480.40** | **$480.40** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**vehicle taxes on 2014 3 GMC Savanna G**

---

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 2.39 | **City of New London** | Last 4 digits of account number _____ | **$1,264.67** | **$1,264.67** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**vehicle taxes on 2016 3 GMC Yukon SL**

---

| 2.40 | **City of New London** | Last 4 digits of account number _____ | **$740.03** | **$740.03** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**vehicle taxes on 2015 3 GMC Sierra K**

---

| 2.41 | **City of New London** | Last 4 digits of account number _____ | **$149.26** | **$149.26** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**vehicle taxes on 2016 10 GAC 18 E 10**

---

Debtor 1   **Jeffery P. Johnson**                                          Case number (if known) _____

---

| 2.4 2 | | | | |
|---|---|---|---|---|

**City of New London**                                    Last 4 digits of account number _____        **$1,475.34**        **$1,475.34**        **$0.00**
Priority Creditor's Name
**Attn: Tax Collector**                                    When was the debt incurred?   **2017**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.                      ☐ Contingent

■ Debtor 1 only                                            ☐ Unliquidated
☐ Debtor 2 only                                            ☐ Disputed
☐ Debtor 1 and Debtor 2 only                               **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another                  ☐ Domestic support obligations
■ **Check if this claim is for a  community debt**         ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**                        ☐ Claims for death or personal injury while you were intoxicated
■ No                                                       ☐ Other. Specify _____
☐ Yes                                                      **vehicle taxes on 2016 2 Chevy LCF 4500**

---

| 2.4 3 | | | | |
|---|---|---|---|---|

**City of New London**                                    Last 4 digits of account number _____        **$748.28**        **$748.28**        **$0.00**
Priority Creditor's Name
**Attn: Tax Collector**                                    When was the debt incurred?   **2017**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.                      ☐ Contingent

■ Debtor 1 only                                            ☐ Unliquidated
☐ Debtor 2 only                                            ☐ Disputed
☐ Debtor 1 and Debtor 2 only                               **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another                  ☐ Domestic support obligations
■ **Check if this claim is for a  community debt**         ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**                        ☐ Claims for death or personal injury while you were intoxicated
■ No                                                       ☐ Other. Specify _____
☐ Yes                                                      **vehicle taxes on 2018 3 Chevy Silverado**

---

| 2.4 4 | | | | |
|---|---|---|---|---|

**City of New London**                                    Last 4 digits of account number _____        **$1,046.10**        **$1,046.10**        **$0.00**
Priority Creditor's Name
**Attn: Tax Collector**                                    When was the debt incurred?   **2017**
**181 State St**
**New London, CT 06320**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.                      ☐ Contingent

■ Debtor 1 only                                            ☐ Unliquidated
☐ Debtor 2 only                                            ☐ Disputed
☐ Debtor 1 and Debtor 2 only                               **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another                  ☐ Domestic support obligations
■ **Check if this claim is for a  community debt**         ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**                        ☐ Claims for death or personal injury while you were intoxicated
■ No                                                       ☐ Other. Specify _____
☐ Yes                                                      **vehicle taxes on 2015 3 GMC Sierra K**

---

Debtor 1  **Jeffery P. Johnson**                                            Case number (if known) _____

---

| 2.4 5 | **City of Philadelphia** | Last 4 digits of account number _____ | **$16.75** | **$16.75** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Department of Revenue**
**Attn: Tax Collector**
**P.O. Box 1630**
**Philadelphia, PA 19105**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.4 6 | **Commonwealh of Massachusetts** | Last 4 digits of account number _____ | **$147,739.28** | **$147,739.28** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Department of Unemployment**
**Charles F. Hurley Building**
**19 Staniford Street**
**Boston, MA 02114**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**

---

| 2.4 7 | **Department of Taxation & Finan** | Last 4 digits of account number _____ | **$595.08** | **$595.08** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Department of Labor - Unemploy**
**P.O. Box 1012**
**Albany, NY 12212**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Wages, salaries, and commissions**

---

Debtor 1  **Jeffery P. Johnson**                                         Case number (if known) _____

---

| 2.4 8 | | | | |
|---|---|---|---|---|

**Elijah Flynn**
Priority Creditor's Name
**956 Shewville Road**
**Ledyard, CT 06339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$1.00**     **$1.00**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

---

| 2.4 9 | | | | |
|---|---|---|---|---|

**Eric T. Hodgkins**
Priority Creditor's Name
**131 Narrows Pond Road**
**Winthrop, ME 04364**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$1.00**     **$1.00**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

---

| 2.5 0 | | | | |
|---|---|---|---|---|

**Estela M. Cedillo**
Priority Creditor's Name
**743 Jerusalem Avenue**
**Uniondale, NY 11553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$14,911.80**     **$14,911.80**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

---

Debtor 1   **Jeffery P. Johnson**                                        Case number (if known) _____

| 2.5 1 | **Georgia Department of Revenue** | Last 4 digits of account number _____ | **$2,104.64** | **$2,104.64** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Taxpayer Services Division**
**Attn: Clerk**
**P.O. Box 105499**
**Atlanta, GA 30348**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| 2.5 2 | **Gilda L. Chequer** | Last 4 digits of account number _____ | **$18,370.50** | **$18,370.50** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**172-11 90th Avenue**
**Jamaica, NY 11432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Wages, salaries, and commissions**

| 2.5 3 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$1.00** | **$1.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Special Procedures**
**135 High Street, Stop 155**
**Hartford, CT 06103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  **Jeffery P. Johnson**                                      Case number (if known) _____

---

**2.5
4**

**Jeremiah E. Anderson**
Priority Creditor's Name
**112 Little Paige Drive**
**Frankfort, KY 40601**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$1.00**    **$1.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions** _____

---

**2.5
5**

**Maine Department of Labor**
Priority Creditor's Name
**Employer Services Division**
**47 State House Station**
**Augusta, ME 04333**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$761.43**    **$761.43**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**quaters ending 12/31/18 and 6/30/2019**

---

**2.5
6**

**Maine Department of Labor**
Priority Creditor's Name
**Employer Services Division**
**47 State House Station**
**Augusta, ME 04333**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$813.19**    **$813.19**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**quater ending 12/31/18 and 6/30/2019**

---

3/02/20 4:35PM

Debtor 1   **Jeffery P. Johnson**                                        Case number (if known) _____

---

| 2.5 7 | | | | |
|---|---|---|---|---|

**Maine Department of Labor**                     Last 4 digits of account number _____        **$1,646.04**        **$1,646.04**        **$0.00**
Priority Creditor's Name
**Employer Services Division**                    When was the debt incurred? _____
**47 State House Station**
**Augusta, ME 04333**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
                                                 ☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**  ☐ Domestic support obligations
**Is the claim subject to offset?**              ☐ Taxes and certain other debts you owe the government
■ No                                             ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                            ■ Other. Specify  **Wages, salaries, and commissions**
                                                               **quaters ending 12/31/2018, 3/31/2019, 6/30/2019**

---

| 2.5 8 | | | | |
|---|---|---|---|---|

**Maine Department of Labor**                     Last 4 digits of account number _____        **$922.89**        **$922.89**        **$0.00**
Priority Creditor's Name
**Employer Services Division**                    When was the debt incurred? _____
**47 State House Station**
**Augusta, ME 04333**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
                                                 ☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**  ☐ Domestic support obligations
**Is the claim subject to offset?**              ☐ Taxes and certain other debts you owe the government
■ No                                             ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                            ■ Other. Specify  **Wages, salaries, and commissions**
                                                               **quaters 3/31/19 and 9/30/19**

---

| 2.5 9 | | | | |
|---|---|---|---|---|

**Maine Department of Labor**                     Last 4 digits of account number _____        **$1,613.68**        **$1,613.68**        **$0.00**
Priority Creditor's Name
**Employer Services Division**                    When was the debt incurred? _____
**47 State House Station**
**Augusta, ME 04333**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
                                                 ☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**  ☐ Domestic support obligations
**Is the claim subject to offset?**              ☐ Taxes and certain other debts you owe the government
■ No                                             ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                            ■ Other. Specify  **Wages, salaries, and commissions**
                                                               **estimated wages**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

3/02/20  4:35PM

Debtor 1   **Jeffery P. Johnson**                                          Case number (if known)   _____

---

**2.60**

**Mary F. Melton**
Priority Creditor's Name
**1676 Scrubby Bluff Road**
**Kingsland, GA 31548**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | | **$1.00** | **$1.00** | **$0.00** |

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

---

**2.61**

**Nancia D. Rocano Pauta**
Priority Creditor's Name
**108 49 52nd Avenue**
**1st Floor**
**Corona, NY 11368**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | | **$15,257.40** | **$15,257.40** | **$0.00** |

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

---

**2.62**

**Nathan G. Westall**
Priority Creditor's Name
**313 SE Huntinton Circle**
**Port Saint Lucie, FL 34984**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | | **$1.00** | **$1.00** | **$0.00** |

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Jeffery P. Johnson**                                          Case number (if known)

---

| 2.6 3 | | | | |
|---|---|---|---|---|

**Norberto Mejia**                           Last 4 digits of account number          **$20,546.40**    **$20,546.40**    **$0.00**
Priority Creditor's Name
**39 Kent Lane**
**Centereach, NY 11720**                     **When was the debt incurred?**
Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a  community debt**   **Type of PRIORITY unsecured claim:**
**Is the claim subject to offset?**          ☐ Domestic support obligations
■ No                                         ☐ Taxes and certain other debts you owe the government
☐ Yes                                        ☐ Claims for death or personal injury while you were intoxicated
                                             ■ Other. Specify  **Wages, salaries, and commissions**

---

| 2.6 4 | | | | |
|---|---|---|---|---|

**NY State Dept. of Labor**                  Last 4 digits of account number          **$3,085.09**    **$3,085.09**    **$0.00**
Priority Creditor's Name
**Attn: Clerk**
**P.O. Box 15012**
**Albany, NY 12212**                         **When was the debt incurred?**
Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a  community debt**   **Type of PRIORITY unsecured claim:**
**Is the claim subject to offset?**          ☐ Domestic support obligations
■ No                                         ☐ Taxes and certain other debts you owe the government
☐ Yes                                        ☐ Claims for death or personal injury while you were intoxicated
                                             ■ Other. Specify  **Wages, salaries, and commissions**

---

| 2.6 5 | | | | |
|---|---|---|---|---|

**Ny State Workers' Compensation**           Last 4 digits of account number          **$33,000.00**    **$13,650.00**    **$19,350.00**
Priority Creditor's Name
**Attn: Finance Office**
**328 State Street**
**Rm 331**
**Schenectady, NY 12305**                    **When was the debt incurred?**
Number Street City State Zip Code

**Who incurred the debt?** Check one.       **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a  community debt**   **Type of PRIORITY unsecured claim:**
**Is the claim subject to offset?**          ☐ Domestic support obligations
■ No                                         ☐ Taxes and certain other debts you owe the government
☐ Yes                                        ☐ Claims for death or personal injury while you were intoxicated
                                             ■ Other. Specify  **Wages, salaries, and commissions**

---

Debtor 1   **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 2.6 6 | **Pennsylvania Dept. of Labor** | Last 4 digits of account number _____ | $339.24 | $339.24 | $0.00 |

Priority Creditor's Name
**Office of UC Tax Services**
**651 Boas Street**
**Harrisburg, PA 17121**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**

---

| 2.6 7 | **State of Connecticut** | Last 4 digits of account number _____ | $31,302.41 | $31,302.41 | $0.00 |

Priority Creditor's Name
**Dept. of Revenue Services**
**C&E Division, Bankruptcy Unit**
**450 Columbus Blvd., Suite 1**
**Hartford, CT 06103**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.6 8 | **State of Connecticut** | Last 4 digits of account number _____ | $1.00 | $1.00 | $0.00 |

Priority Creditor's Name
**Department of Labor, ESQ**
**Attn: Delinquest Accounts Unit**
**PO Box 2940**
**Hartford, CT 06104**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**

---

Debtor 1    **Jeffery P. Johnson**                                                    Case number (if known)

---

| 2.6 9 | **State of Maine** | Last 4 digits of account number | **$5,976.68** | **$5,976.68** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Maine Revenue Services**
**Attn: Clerk**
**P.O. Box 1060**
**Augusta, ME 04332**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  withholding 7/1/2018 - 9/30/2018,  10/1/2018 - 12/31/2018

---

| 2.7 0 | **State of Maine** | Last 4 digits of account number | **$2,592.56** | **$2,592.56** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Maine Revenue Services**
**Attn: Clerk**
**P.O. Box 1060**
**Augusta, ME 04332**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  withholding 1/1/2019 - 3/31/19

---

| 2.7 1 | **Town of Groton** | Last 4 digits of account number | **$9,204.73** | **$9,204.73** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Tax Collector**
**Attn: Melissa McGuire**
**45 Fort Hill Road**
**Groton, CT 06340**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

Debtor 1  **Jeffery P. Johnson**                                    Case number (if known) _____

| 2.7 2 | **Town of Stonington** | Last 4 digits of account number ____ ____ ____ ____ | **$1.00** | **$1.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Tax Collector**
**152 Elm Street**
**Stonington, CT 06378**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.7 3 | **United States Dept of Labor** | Last 4 digits of account number ____ ____ ____ ____ | **$108,244.0 0** | **$108,244.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Jeffrey S. Rogoff**
**Regional Solicitor**
**201 Varick Street Room 983**
**New York, NY 10014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Wages, salaries, and commissions**

---

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known) _____

---

**4.1** | **1st Global Capital LLC** | Last 4 digits of account number _____ | **$1.00**

Nonpriority Creditor's Name

**Attn: President**
**1250 East Hallandale**
**Beach Blvd  Suite 903**
**Hallandale, FL 33009**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

**4.2** | **3 Shaws Cove** | Last 4 digits of account number _____ | **$174,759.03**

Nonpriority Creditor's Name

**Attn: Rimco**
**116 Gristmill Lane**
**Great Neck, NY 11023**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

**4.3** | **A & M Pump & Motor** | Last 4 digits of account number  8349 | **$1,800.00**

Nonpriority Creditor's Name

**Attn: President**
**42B East 2nd Street**
**Mineola, NY 11501**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**                                                Case number (if known)

| 4.4 | **Accurate Pest Control LLC** | Last 4 digits of account number | | **$17,325.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**1161 Curry Road**
**Schenectady, NY 12306**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

| 4.5 | **Ace Consulting** | Last 4 digits of account number | | **$49,193.32** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**103 Deerfield Circle**
**Nicholasville, KY 40356**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

| 4.6 | **Admiral Insurance Company** | Last 4 digits of account number | 9602 | **$47,467.68** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**NW5117**
**P.O. Box 1450**
**Minneapolis, MN 55485**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **insurance**

---

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**

Case number *(if known)* _____

---

| 4.7 | **ADP LLC** | Last 4 digits of account number    **6337** | **$423.40** |

Nonpriority Creditor's Name

**Attn: President**
**P.O. Box 842875**
**Boston, MA 02284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

| 4.8 | **American Arrow Associates LLC** | Last 4 digits of account number | **$17,750.00** |

Nonpriority Creditor's Name

**Attn: Presidet**
**1589 SW Balmoral Trace**
**Stuart, FL 34997**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify    **possible guaranteed business debt**

---

| 4.9 | **American Copy Service Center** | Last 4 digits of account number    **1ACS** | **$656.63** |

Nonpriority Creditor's Name

**Attn: President**
**2095 S. Main Street**
**Waterbury, CT 06706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**

Case number (if known) _____

---

| 4.10 | **American Express** | Last 4 digits of account number _____ | $100,941.13 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **judgment**

---

| 4.11 | **Aquarion Water Company** | Last 4 digits of account number  **6651** | $77.36 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**PO Box 10010**
**Lewiston, ME 04243**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **water**

---

| 4.12 | **Atlas Metal Works LLC** | Last 4 digits of account number _____ | $16,414.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**48 Commerce Way**
**South Windsor, CT 06074**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Jeffery P. Johnson**

Case number (if known) _____

---

**4.1 3**

**Avidia Bank**
Nonpriority Creditor's Name
**Attn: President**
**42 Main St**
**Hudson, MA 01749**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$2,734,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **possible guaranteed business debt**

---

**4.1 4**

**BAE Systems Jacksonville Ship**
Nonpriority Creditor's Name
**Repair LLC**
**Attn: President**
**8500 Heckscher Drive**
**Jacksonville, FL 32226**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$616,154.52**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **possible guaranteed business debt**

---

**4.1 5**

**Bank of America**
Nonpriority Creditor's Name
**Attn President**
**P. O. Box 31785**
**Tampa, FL 33631**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$30,248.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **possible guaranteed business debt**

---

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known) _____

| 4.16 | **Benefit Reports, Inc.** | Last 4 digits of account number _____ | **$11,322.77** |

Nonpriority Creditor's Name

**attn: President**
**554 Washington Street**
**Wellesley, MA 02482**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

| 4.17 | **Butler Manufacturing** | Last 4 digits of account number _____ | **$5,618.91** |

Nonpriority Creditor's Name

**Attn: Bonnie Long**
**400 N. Weaber**
**Annville, PA 17003**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

| 4.18 | **Capital One** | Last 4 digits of account number _____ | **$10,924.00** |

Nonpriority Creditor's Name

**Attn: President**
**P.O. Box 30281**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **credit card**

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**

Case number (if known)

| | |
|---|---|
| 4.1 9 | **Capital One** |

| | |
|---|---|
| Last 4 digits of account number | **$5,431.00** |

Nonpriority Creditor's Name

**Attn: President**
**P.O. Box 30281**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **credit card**

---

| | |
|---|---|
| 4.2 0 | **Capital One** |

| | |
|---|---|
| Last 4 digits of account number | **$501.00** |

Nonpriority Creditor's Name

**Attn: President**
**P.O. Box 30281**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **credit card**

---

| | |
|---|---|
| 4.2 1 | **Caterpillar Financial Services** |

| | |
|---|---|
| Last 4 digits of account number | **$299,966.06** |

Nonpriority Creditor's Name

**Attn: President**
**2120 West End Avenue**
**Nashville, TN 37203**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**                                      Case number (if known) _____

---

| 4.2 2 | **Colonna Masonry Concrete &** | Last 4 digits of account number _____ | **$120,000.00** |

**Asphalt Paving LLC**
**Attn: President**
**160 Fresh Meadow Road**
**West Haven, CT 06516**

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

| 4.2 3 | **Comcast** | Last 4 digits of account number _____ | **$451.09** |

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 70219**
**Philadelphia, PA 19176**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **cable**

---

| 4.2 4 | **Commerce & Industry Insurance** | Last 4 digits of account number _____ | **$34,397.27** |

Nonpriority Creditor's Name
**Company**
**Attn: President**
**175 Water St.  18th Floor**
**New York, NY 10038**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1    **Jeffery P. Johnson**                                      Case number (if known)

---

| 4.2 5 | **Corporation Service Co.** | Last 4 digits of account number | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn President
P. O. Box 2576
Springfield, IL 62708**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

| 4.2 6 | **DeSanctis Insurance Agency Inc** | Last 4 digits of account number | $45,846.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**attn: President
100 Unicorn Park Drive
Woburn, MA 01801**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **possible guaranteed business debt**

---

| 4.2 7 | **Discover Personal Loans** | Last 4 digits of account number | $27,553.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President
P.O. Box 30954
Salt Lake City, UT 84130**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **loan**

---

Debtor 1  **Jeffery P. Johnson**                                        Case number (if known)

---

| 4.2 8 | **Doyle Security Systems Inc.** | Last 4 digits of account number   **2307** | $469.43 |

Nonpriority Creditor's Name
**Attn: President**
**792 Calkins Road**
**Rochester, NY 14623**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify   **possible guaranteed business debt**

---

| 4.2 9 | **Doyle Security Systems Inc.** | Last 4 digits of account number   **2306** | $114.04 |

Nonpriority Creditor's Name
**Attn: President**
**792 Calkins Road**
**Rochester, NY 14623**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify   **possible guaranteed business debt**

---

| 4.3 0 | **Doyle Security Systems Inc.** | Last 4 digits of account number   **6262** | $1,615.27 |

Nonpriority Creditor's Name
**Attn: President**
**792 Calkins Road**
**Rochester, NY 14623**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No
☐ Yes

☑ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                                          Case number (if known) _____

| 4.3 1 | **E2 Engineers LLC** | | Last 4 digits of account number _____ | **$5,173.36** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**488 Montauk Avenue**
**New London, CT 06320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.3 2 | **ECC & Assocates** | | Last 4 digits of account number  3933 | **$4,250.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**26 Railroad Avenue**
**Babylon, NY 11702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.3 3 | **Enerflex Energy Systems Inc.** | | Last 4 digits of account number  2765 | **$118,700.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**10815 Telge Road**
**Houston, TX 77095**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                              Case number (if known) _____

---

| 4.3 4 | **Everett Co-Operative Bank** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**419 Broadway**
**Everett, MA 02149**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.3 5 | **Eversource** | **Last 4 digits of account number** _____ | **$2,118.70** |

Nonpriority Creditor's Name
**Attn: Bankruptcy or Legal Dept**
**107 Selden Street**
**Berlin, CT 06037**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.3 6 | **Farrell Smith O'Connell LLP** | **Last 4 digits of account number** _____ | **$2,654.08** |

Nonpriority Creditor's Name
**Attn: Managing Partner**
**2355 Main Street**
**P.O. Box 186**
**South Chatham, MA 02659**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **legal/mediation services**

---

Debtor 1  **Jeffery P. Johnson**                                    Case number (if known) _____

---

| | | | |
|---|---|---|---|
| 4.3 7 | **FGS, Inc.** | Last 4 digits of account number _____ | **$7,333.22** |

Nonpriority Creditor's Name
**Attn: President**
**136 Maine Avenue**
**Bangor, ME 04401**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **possible guaranteed business debt**

---

| | | | |
|---|---|---|---|
| 4.3 8 | **Five Star Mechanical Inc.** | Last 4 digits of account number _____ | **$7,606.72** |

Nonpriority Creditor's Name
**Attn: President**
**198 Jericho Turnpike**
**Suite 2**
**Mineola, NY 11501**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **possible guaranteed business debt**

---

| | | | |
|---|---|---|---|
| 4.3 9 | **Foos Fire Inc.** | Last 4 digits of account number _____ | **$755.00** |

Nonpriority Creditor's Name
**Attn: President**
**12-4 Technology Drive**
**East Setauket, NY 11733**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 4.4 0 | **Forward Financing** | Last 4 digits of account number _____ | **$105,420.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**100 Summer St #1175**
**Boston, MA 02110**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **possible guaranteed business debt**

---

| 4.4 1 | **Gannett Fleming Engineers &** | Last 4 digits of account number  **5655** | **$11,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Architects P.C.**
**Attn: President**
**P.O. Box 829160**
**Philadelphia, PA 19182**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **possible guaranteed business debt**

---

| 4.4 2 | **Gannett Fleming Engineers &** | Last 4 digits of account number  **5655** | **$5,300.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Architects P.C.**
**Attn: President**
**P.O. Box 829160**
**Philadelphia, PA 19182**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                      Case number (if known)

---

| 4.4 3 | **Gannett Fleming Engineers &** | Last 4 digits of account number | **5655** | **$2,160.21** |

Nonpriority Creditor's Name
**Architects P.C.**
**Attn: President**
**P.O. Box 829160**
**Philadelphia, PA 19182**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **possible guaranteed business debt**

---

| 4.4 4 | **Georgia Power** | Last 4 digits of account number | **2054** | **$236.18** |

Nonpriority Creditor's Name
**Attn: President**
**96 Annex**
**Atlanta, GA 30396**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **possible guaranteed business debt**

---

| 4.4 5 | **GM Financial** | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**4000 Embarcadero Drive**
**Arlington, TX 76014**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                          Case number (if known) _____

---

| 4.4 6 | **Hamptons Carpet One** | Last 4 digits of account number _____ | **$550.00** |

Nonpriority Creditor's Name

**Attn: Manager**
**675 North Sea Road**
**Southampton, NY 11968**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

| 4.4 7 | **HHC One Cambridge LLC** | Last 4 digits of account number _____ | **$1,617,000.00** |

Nonpriority Creditor's Name

**c/o Patel Construction LLC**
**27 Congress Street**
**Salem, MA 01970**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

| 4.4 8 | **Hy-Cert Services** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name

**Attn: President**
**122 Cain Drive**
**Brentwood, NY 11717**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

3/02/20  4:35PM

Debtor 1  **Jeffery P. Johnson**                                     Case number (if known)

---

**4.49**

**Island Fire Life Safety Co.**                          Last 4 digits of account number _____              $1,629.38
Nonpriority Creditor's Name
**Attn: President**                                      **When was the debt incurred?** _____
**630 Broadway Avenue**
**Suite 1**
**Holbrook, NY 11741**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **possible guaranteed business debt**

---

**4.50**

**J. Wise & Company LLC**                                Last 4 digits of account number _____              $61,157.28
Nonpriority Creditor's Name
**Attn: President**                                      **When was the debt incurred?** _____
**1003 Morgantown Road**
**Shillington, PA 19607**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **possible guaranteed business debt**

---

**4.51**

**Jamaica Ash & Rubbish Removal**                        Last 4 digits of account number **9356**            $9,096.31
Nonpriority Creditor's Name
**Attn: President**                                      **When was the debt incurred?** _____
**P.O. Box 833**
**Westbury, NY 11590**
Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify  **possible guaranteed business debt**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1    **Jeffery P. Johnson**                                        Case number (if known) _____

| 4.5<br>2 | **Jpmcb-Card Services** | Last 4 digits of account number _____ | **$10,752.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card**

---

| 4.5<br>3 | **Jpmcb-Card Services** | Last 4 digits of account number  **4766** | **$5,672.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **credit card**

---

| 4.5<br>4 | **Kabbage Inc.** | Last 4 digits of account number _____ | **$10,480.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 77081**
**Atlanta, GA 30357**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                Case number (if known) _____

| 4.5 5 | **Kevin Soto** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name
**c/o Gambeski & Frum**
**Attn: Managing Partner**
**565 Taxter Road**
**Elmsford, NY 10523**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.5 6 | **Lasting Images** | **Last 4 digits of account number** _____ | **$6,000.00** |

Nonpriority Creditor's Name
**Atn: President**
**166 Nancy Drive**
**East Meadow, NY 11554**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.5 7 | **Liberty Mutual Insurance** | **Last 4 digits of account number** _____ | **$1.00** |

Nonpriority Creditor's Name
**Attn: President**
**17771 Cowan**
**Suite 200**
**Irvine, CA 92614**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

3/02/20  4:35PM

Debtor 1   **Jeffery P. Johnson**

Case number (if known) _____

---

| 4.5 8 | **M2 Lease Fund LLC** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**175 Patrick Blvd**
**Suite 140**
**Brookfield, WI 53045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.5 9 | **Material Testing Inc.** | Last 4 digits of account number _____ | **$714.08** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**55 Laura Street**
**East Haven, CT 06512**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.6 0 | **Mattern Connstruction Inc.** | Last 4 digits of account number _____ | **$9,776.86** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**26M Bushnell Hollow Road**
**Baltic, CT 06330**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                          Case number (if known) _____

---

| 4.6 1 | **Mount Castle Corporation** | Last 4 digits of account number _____ | **$69,366.26** |

Nonpriority Creditor's Name
**Attn: President**
**45 Richards Grove Road**
**Waterford, CT 06375**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **possible guaranteed business debt**

---

| 4.6 2 | **MTG Electric** | Last 4 digits of account number _____ | **$6,075.00** |

Nonpriority Creditor's Name
**Attn: President**
**3 Stevens Court**
**Saratoga Springs, NY 12866**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **possible guaranteed business debt**

---

| 4.6 3 | **Murtha Cullina LLP** | Last 4 digits of account number  **6898** | **$3,490.95** |

Nonpriority Creditor's Name
**Attn: Managing Partner**
**Dept. 101011**
**P.O. Box 150435**
**Hartford, CT 06115**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **legal services**

---

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 4.6 4 | **Nelson & Pope Engineers** | Last 4 digits of account number _____ | **$2,800.00** |

Nonpriority Creditor's Name

**& Surveyors**
**572 Walt Whitman Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.6 5 | **New England In Touch** | Last 4 digits of account number    **0363** | **$551.20** |

Nonpriority Creditor's Name

**Attn: President**
**255 Quaker Lane**
**West Warwick, RI 02893**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.6 6 | **North American Capacity** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name

**Insurance Company**
**Attn: President**
**1450 American Lane 11th Floor**
**Schaumburg, IL 60173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1 **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 4.6 7 | **North American Specialty** | Last 4 digits of account number _____ _____ _____ _____ | $843,439.22 |

Nonpriority Creditor's Name
**Insurance Company**
**Attn: President**
**1450 American Lane 11th Fl**
**Schaumburg, IL 60173**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.6 8 | **NYSIF Disability Benefits** | Last 4 digits of account number _____ _____ _____ _____ | $253.35 |

Nonpriority Creditor's Name
**Attn: Manager**
**P.O. Box 5239**
**New York, NY 10008**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

| 4.6 9 | **Park Roway Inc.** | Last 4 digits of account number _____ _____ _____ _____ | $11,080.10 |

Nonpriority Creditor's Name
**Attn: President**
**51 Norwich Road**
**Quaker Hill, CT 06375**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Jeffery P. Johnson**                                    Case number (if known) _____

---

**4.70**

**Patel Construction LLC**                          Last 4 digits of account number _____        **$1,045,000.00**
Nonpriority Creditor's Name
**Attn: President**                                 When was the debt incurred? _____
**27 Conress Street**
**Salem, MA 01970**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify  **possible guaranteed business debt**

---

**4.71**

**Peckar & Abramson**                               Last 4 digits of account number _____        **$54,000.00**
Nonpriority Creditor's Name
**Attn: Managing Partner**                          When was the debt incurred? _____
**70 Grand Avenue**
**River Edge, NJ 07661**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify  **legal services**

---

**4.72**

**Precision Tanks Inc.**                            Last 4 digits of account number _____        **$202,658.85**
Nonpriority Creditor's Name
**Attn: President**                                 When was the debt incurred? _____
**105 Jackson Street**
**P.O. Box 257**
**Thompson, IA 50478**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify  **possible guaranteed business debt**

---

Debtor 1    **Jeffery P. Johnson**

Case number (if known)

---

| 4.7<br>3 | **Rhode Island Telephone** | Last 4 digits of account number | **8005** | $782.07 |

Nonpriority Creditor's Name

**Attn: President**
**175 Metro Center Blvd**
**Unit 10**
**Warwick, RI 02886**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.7<br>4 | **Santander Bank** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name

**Attn: President**
**Mail code: 10-421-CN2**
**450 Penn Street**
**Reading, PA 19602**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.7<br>5 | **Seaward Marine Corporation** | Last 4 digits of account number | | $56,999.45 |

Nonpriority Creditor's Name

**Attn: President**
**1500-B Steel Street**
**Chesapeake, VA 23323**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**                                                    Case number (if known)

---

| 4.7<br>6 | **Security King** | | Last 4 digits of account number | **1326** | **$2,378.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**6 Hedge Lane**
**Merrick, NY 11566**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

| 4.7<br>7 | **Security King** | | Last 4 digits of account number | **100C** | **$9,660.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**6 Hedge Lane**
**Merrick, NY 11566**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

| 4.7<br>8 | **Silktown Roofing Inc.** | | Last 4 digits of account number | | **$9,312.37** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**27 Pleasant Street**
**Manchester, CT 06040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible guaranteed business debt**

---

Debtor 1  **Jeffery P. Johnson**                                    Case number (if known) _____

---

**4.79**

**SMS Services, Inc.**                          Last 4 digits of account number ___ ___ ___ ___                    $3,256.64
Nonpriority Creditor's Name
**Attn: President**                              When was the debt incurred? _____
**207A East St**
**Methuen, MA 01844**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify    **possible guaranteed business debt**

---

**4.80**

**Strategic Building Solutions**                Last 4 digits of account number ___ ___ ___ ___                    $18,989.00
Nonpriority Creditor's Name
**Attn: President**                              When was the debt incurred? _____
**135 New Rd #2**
**Madison, CT 06443**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify    **possible guaranteed business debt**

---

**4.81**

**Sullivan & Merritt Inc.**                     Last 4 digits of account number ___ ___ ___ ___                    $5,505.30
Nonpriority Creditor's Name
**Attn: President**                              When was the debt incurred? _____
**91 Freedom Pkwy**
**Hermon, ME 04401**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 4.8 2 | | | |
|---|---|---|---|

**T.F. O'Brien & Co. Inc.**

Last 4 digits of account number ____    **$2,158.92**

Nonpriority Creditor's Name
**Attn: President**
**100 Denton Avenue**
**New Hyde Park, NY 11040**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

| 4.8 3 | | | |
|---|---|---|---|

**The Hanover Insurance Group**

Last 4 digits of account number    **2900**    **$959.53**

Nonpriority Creditor's Name
**Attn: President**
**P.O. Box 58005**
**Charlotte, NC 28285**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **insurance premium**

---

| 4.8 4 | | | |
|---|---|---|---|

**Thomas Industrial Coatings Inc**

Last 4 digits of account number ____    **$352,794.00**

Nonpriority Creditor's Name
**Attn: President**
**2070 Hwy Z**
**Pevely, MO 63070**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1   **Jeffery P. Johnson**     Case number (if known) _____

---

| 4.8 5 | **Trane U.S. Inc.** | Last 4 digits of account number _____ | $567.72 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**3600 Pammel Creek Road**
**La Crosse, WI 54601**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.8 6 | **United Rentals** | Last 4 digits of account number **1717** | $7,793.94 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**6125 Lakeview Road**
**Suite 300**
**Charlotte, NC 28269**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

| 4.8 7 | **University Sports Publications** | Last 4 digits of account number _____ | $595.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: President**
**33 Dixwell Avenue**
**Dept. 323**
**New Haven, CT 06511**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known) _____

---

| 4.8 8 | **Valley National Bank** | Last 4 digits of account number _____ | **$4,716.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**1400 Valley Road**
**Wayne, NJ 07470**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

| 4.8 9 | **Verizon Wireless** | Last 4 digits of account number _____ | **$2,612.21** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**PO Box 15062**
**Albany, NY 12212**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

| 4.9 0 | **Washington International** | Last 4 digits of account number _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Insurance Company**
**Attn: President**
**1450 American Lane 11th Floor**
**Schaumburg, IL 60173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible guaranteed business debt**

---

Debtor 1    **Jeffery P. Johnson**                                    Case number (if known)

---

**4.9
1**

**Welti Geotechnical P.C.**                          Last 4 digits of account number                        **$6,000.00**
Nonpriority Creditor's Name
**Attn: President**                                  **When was the debt incurred?**
**227 Williams Street**
**P.O. Box 397**
**Glastonbury, CT 06033**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **possible guaranteed business debt**

---

**4.9
2**

**Westport Insurance Corporation**                   Last 4 digits of account number                        **$1.00**
Nonpriority Creditor's Name
**Attn: President**                                  **When was the debt incurred?**
**1450 American Lane**
**11th Floor**
**Schaumburg, IL 60173**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **possible guaranteed business debt**

---

**4.9
3**

**Yankee Remodeler of New London**                   Last 4 digits of account number   **1999**               **$12,426.09**
Nonpriority Creditor's Name
**Attn: President**                                  **When was the debt incurred?**
**95 Truman Street**
**New London, CT 06320**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **possible guaranteed business debt**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1    **Jeffery P. Johnson**                                              Case number (if known)

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Admiral Insurance Company** **Attn: President** **1000 Howard Blvd Suite 300** **P.O. Box 5430** **Mount Laurel, NJ 08054** | Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ADP, LLC** **Attn: President** **1851 N. Resler Drive** **MS-100** **El Paso, TX 79912** | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Express** **Attn: President** **PO Box 297871** **Fort Lauderdale, FL 33329** | Line **4.10** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American National Recovery Broup** **Attn: President** **411 Pennsylvania Avenue** **Matamoras, PA 18336** | Line **2.71** of (Check one):  ■ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Avidia Bank** **Attn: Avnish Puri** **100 East Main Street** **Westborough, MA 01581** | Line **4.13** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Butler Manufacturing** **Attn: President** **1540 Genessee Street** **Kansas City, MO 64102** | Line **4.17** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One Bank (USA), NA** **Attn: President** **15000 Capital One Drive** **Richmond, VA 23238** | Line **4.18** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Discover Personal Loans** **Attn: President** **502 E. Market Street** **Greenwood, DE 19950** | Line **4.27** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Doyle Security Systems Inc.** **Attn: President** **P.O. Box 1333** **Buffalo, NY 14240** | Line **4.28** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims  ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1    **Jeffery P. Johnson**                                                    Case number (if known)

| | |
|---|---|
| Name and Address<br>**Erica Gesing**<br>**Zwicker & Assoc.**<br>**1699 King Street**<br>**#207**<br>**Enfield, CT 06082** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**FGS, Inc.**<br>**Attn: President**<br>**P.O. Box 2097**<br>**Bangor, ME 04402** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Frank M. Putorti Jr.**<br>**Attn: Managing Partner**<br>**1338 Union Street**<br>**Schenectady, NY 12308** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Gannett Fleming Engineers &**<br>**Architects P.C.**<br>**Attn: President**<br>**P.O. Box 67100**<br>**Harrisburg, PA 17106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Garon Camassar**<br>**Dubicki & Camassar LLP**<br>**181 Broad Street**<br>**New London, CT 06320** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Gregory P. Carnese**<br>**P.O. Box 392**<br>**Old Lyme, CT 06371** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Howard Kantrovitz**<br>**Gesmonde Pietrosimone &**<br>**Sgrignari LLC**<br>**3127 Whitney Avenue**<br>**Hamden, CT 06518** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jennifer V. Doran**<br>**Hinckley Allen**<br>**28 State Street**<br>**Boston, MA 02109** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Keith K. Fuller**<br>**Law Offices of Keith K. Fuller**<br>**5300 Bigelow Commons**<br>**Enfield, CT 06082** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Lauren Hatch, Esq**<br>**Forward Financing LLC**<br>**100 Summer Street** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1   **Jeffery P. Johnson**                                          Case number (if known) _____

**Suite 1175**
**Boston, MA 02110**

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mark S. Zamarka**<br>**Waller Smith & Palmre P.C.**<br>**52 Eugene O'Neill Drive**<br>**P.O. Box 88**<br>**New London, CT 06320** | Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **McCarthy, Burgess & Wolff**<br>**The MB&W Building**<br>**Attn: Manager**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | Line **4.89** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NYSIF Disability Benefits**<br>**Attn: Manager**<br>**P.O. Box 66698**<br>**Albany, NY 12206** | Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Selective Insurance Company of**<br>**America**<br>**Attn: Stasia Kelly**<br>**P.O.Box 7258**<br>**London, KY 40742** | Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Stephanie King**<br>**Altus Receivables Managment**<br>**2400 Veterans Blvd**<br>**Suite 300**<br>**Kenner, LA 70062** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Theresa A. Koppanati Esq.**<br>**Baker Braverman & Barbadoro**<br>**300 Crown Colony Drive**<br>**Suite 500**<br>**Quincy, MA 02169** | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Timothy J. Lee**<br>**Fasano Ippolito Lee &**<br>**Florentine LLC**<br>**388 Orange Street**<br>**New Haven, CT 06511** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United Collection Bureau**<br>**Attn: President**<br>**5620 Southwyck Blvd, Suite 206**<br>**Toledo, OH 43614** | Line **4.53** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Visual Edge Inc.**<br>**attn: President** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                                    Case number (*if known*) _____

**L-3757**
**Columbus, OH 43260**

Last 4 digits of account number _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 92,368.32 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 388,824.22 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 481,192.54 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 9,118,187.46 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 9,118,187.46 |

3/02/20 4:35PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery P. Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **3 Shaws Cove<br>Attn: Manager<br>3 Shaws Cover<br>Suite 201<br>New London, CT 06320** | **Business lease or contract which may have been guaranteed  of office space for Cambridge Marine Construction - 5 1/2 years** |
| 2.2 | **BAE Systems Jacksonville Ship Repair LLC<br>Attn: President<br>8500 Heckscher Drive<br>Jacksonville, FL 32226** | **Business lease  or contact which may have been guaranteed of Repairs to Spudlock Camels #BAE-7121172-4** |
| 2.3 | **NAVFAC Mid Atlantic<br>PWD New London<br>Box 26 Bldg 135<br>Naval Submarine Base New Londo<br>Groton, CT 06349** | **Business lease or contract which may have been guaranteed work at Naval Shipyard Portsmouth NH contract #N4008514D2308** |
| 2.4 | **NAVFAC Mid Atlantic<br>PWD New London<br>Box 26 Bldg 135<br>Naval Submarine Base New Londo<br>Groton, CT 06349** | **Business lease or contract which may have been guaranteed Overhaul south gas compressor B29 Contract #N40085104D2308** |
| 2.5 | **NAVFAC Mid Atlantic<br>PWD New London<br>Box 26 Bldg 135<br>Naval Submarine Base New Londo<br>Groton, CT 06349** | **Business lease or contract which may have been guaranteed base operating maintenance services at the Marine Corps Facilities located in Garden City NY Contract #N4008518D7301** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jeffery P. Johnson** | Case number *(if known)* | |
|---|---|---|---|

## ▮ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.6 **NAVFAC Mid Atlantic**<br>**PWD Maine - Fead Portsmouth**<br>**Portsmouth Naval Shipyard**<br>**Bldg 59**<br>**Portsmouth, NH 03801** | **Business lease or contract which may have been guaranteed Demolish Pier and provide new salt water pump stattion contract #N40085-16-C-9308** |
| 2.7 **NAVFAC Mid Atlantic**<br>**PWD New London**<br>**Box 26 Bldg 135**<br>**Naval Submarine Base New Londo**<br>**Groton, CT 06349** | **Business lease or contract which may have been guaranteed Building 592 Submarine Escapr Trainer repairs Contract #N4008517C9612** |
| 2.8 **NAVFAC SOUTHEAST**<br>**PWD Kingsbay**<br>**910 USS Hunley Avenue**<br>**NSB Kingsbay**<br>**Kings Bay, GA 31547** | **Business lease or contract which may have been guaranteed restore/repair spudlock camels located at Trident refit wharfs Contract #N69450-16-C-5028** |
| 2.9 **Seaward Marine Corporation**<br>**Attn: President**<br>**1500-B Steel Street**<br>**Chesapeake, VA 23323** | **Business lease or contract which may have been guaranteed 36 month lease commending on 3/27/18 for 2006 Manitowoc 222 100T Crawler Crane** |
| 2.10 **Seaward Marine Corporation**<br>**Attn: President**<br>**1500-B Steel Street**<br>**Chesapeake, VA 23323** | **Business lease or contract which may have been guaranteed Lease/Charter of Flex Floats Barges commencing March 27, 2018** |

3/02/20 4:35PM

**Fill in this information to identify your case:**

| Debtor 1 | **Jeffery P. Johnson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | **Cambridge Marine Construction** | ☐ Schedule D, line _____ |
|---|---|---|
| | **3 Shaws Cove** | ☐ Schedule E/F, line _____ |
| | **Suite 201** | ☐ Schedule G _____ |
| | **New London, CT 06320** | |
| | **co -debtor of majority of business debts listed** | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                            12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed | ☐ Employed |
| | | ■ Not employed | ☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $              0.00 | $              N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$              0.00 | +$              N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $              0.00 | $              N/A |

Debtor 1    **Jeffery P. Johnson**                                                              Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here | 4. $ 0.00 | $ N/A |
| **5.** | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. $ 0.00 | $ N/A |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ $ 0.00 | + $ N/A |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ 0.00 | $ N/A |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ 0.00 | $ N/A |
| **8.** | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ 0.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ $ 0.00 | + $ N/A |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ 0.00 | $ N/A |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 0.00 + $ N/A = | $ 0.00 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                          11. +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                          12. $ 0.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.   **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ■ Yes |
| Daughter | 20 | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **Jeffery P. Johnson**                                     Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **450.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **19.50** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **193.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **0.00** |
| 10. | **Personal care products and services** | | 10. | $ | **75.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | **240.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **245.25** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify:   **vehicle taxes** | | 16. | $ | **8.17** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | **0.00** |
| | Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **2,230.92** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **2,230.92** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ | **0.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **2,230.92** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $ | **-2,230.92** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Jeffery P. Johnson** | X |
|---|---|
| **Jeffery P. Johnson** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **March  2, 2020** | Date |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**                                    Case number (*if known*)

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ■ No.   Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jeffery P. Johnson**                                    Case number *(if known)*

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
| --- | --- | --- | --- | --- |
| Milan Patel<br>27 Congress Street<br>Salem, MA 01970 | 4/2019 | $1,045,000.00 | $0.00 | buyout of Mr. Patel's ownership interest in Cambridge Marine Construction Inc. |

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| AMERICAN EXPRESS NATIONAL BANK v. JOHNSON, JEFFERY, AKA JEFFERY P JOHNSON<br>KNL-CV19-6042210-S | Collection | Judicial District of New London<br>Attn: Clerk<br>70 Huntington Street<br>New London, CT 06320 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| GM FINANCIAL v. CAMBRIDGE MARINE CONSTRUCTION, INC. Et Al<br>KNL-CV19-6044249-S | Contract | Judicial District of New London<br>Attn: Clerk<br>70 Huntington Street<br>New London, CT 06320 | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>withdrawn |
| COLONNA MASONRY CONCRETE & ASPHALT PAVING LLC v. CAMBRIDGE MARINE CONSTRUCTION INC Et Al<br>KNL-CV19-5020587-S | Contract | Judicial District of New London<br>Attn: Clerk<br>70 Huntington Street<br>New London, CT 06320 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| E2 ENGINEERS, LLC v. CAMBRIDGE MARINE CONSTRUCTION , INC<br>KNL-CV18-5019184-S | Small Claims | Judicial District of New London<br>Attn: Clerk<br>70 Huntington Street<br>New London, CT 06320 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                      Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **COMMERCE AND INDUSTRY INSURANCE COMPANY v. CAMBRIDGE MARINE CONSTRUCTION, INC**<br>KNL-CV19-6043251-S | Contract | **Judicial District of New London**<br>**Attn: Clerk**<br>**70 Huntington Street**<br>**New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **MOUNT CASTLE CORP. v. CAMBRIDGE MARINE CONSTRUCTION, INC.**<br>KNL-CV19-6040866-S | Contract | **Judicial District of New London**<br>**Attn: Clerk**<br>**70 Huntington Street**<br>**New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **CAMBRIDGE MARINE CONSTRUCTION, INC. v. PROCK MARINE COMPANY**<br>KNL-CV18-6032894-S | Contract | **Judicial District of New London**<br>**Attn: Clerk**<br>**70 Huntington Street**<br>**New London, CT 06320** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Removed to U.S. District Court** |
| **Cambridge Marine Construction, Inc. v. Prock Marine company**<br>3:18-cv-00142-MPS | Contract | **U.S. District Court**<br>**District of Connecticut**<br>**141 Church Street**<br>**New Haven, CT 06510** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**voluntarily dismissed** |
| **Soto, Kevin A. v Cambridge Marine Construction**<br>65136-19 | Tort | **Westchester County Supreme Court**<br>**Attn: Clerk**<br>**110 Dr. Martin Luther King Jr.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Precision Tanks, Inc. v Cambridge Marine Construction Inc.**<br>3:19-CV-00647-RNC | Contract | **U.S. District Court**<br>**District of Connecticut**<br>**141 Church Street**<br>**New Haven, CT 06510** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐  No. Go to line 11.
■  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Valley National Bank**<br>**Attn: President**<br>**P.O. Box 15369**<br>**Wilmington, DE 19850** | **2014 GMC Savanna 2500 Van**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $12,403.00 |

Debtor 1    **Jeffery P. Johnson** _____    Case number (*if known*) _____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   - ☑ No
   - ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   - ☑ No
   - ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   - ☑ No
   - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   - ☑ No
   - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   - ☑ No
   - ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
   - ☐ No
   - ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Novak Law Office, PC<br>280 Adams Street<br>Manchester, CT 06042** | **reatainer and filing fees** | **2/13/2020,<br>2/27/2020** | **$2,835.00** |

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                    Case number *(if known)*

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MoneySharp Credit Counseling 222 Merchandise Mart Plaza Suite 1225 Chicago, IL 60654** | credit counseling | 2/25/2020 | $10.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

3/02/20  4:35PM

Debtor 1    **Jeffery P. Johnson**                                    Case number (*if known*)

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Jeffery P. Johnson**                                           Case number *(if known)*

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Cambridge Marine Construction Inc.**<br>**3 Shaws Cove**<br>**Suite 201**<br>**New London, CT 06320** | **Marine & General Construction**<br><br>**John Mulcahy** | EIN: **45-3612046**<br><br>From-To **11/2011 - February 27, 2020** |
| **Race Construction LLC**<br>**250 Leonard Drive**<br>**Unit 6**<br>**Groton, CT 06340** | **General/Marine Construction**<br><br>**Jeffery Johnson** | EIN:<br><br>From-To **January 2020 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Small Business Administration**<br>**Attn: Manager**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | |
| **Avidia Bank**<br>**Attn: President**<br>**42 Main St**<br>**Hudson, MA 01749** | |
| **Forward Financing**<br>**Attn: President**<br>**100 Summer St #1175**<br>**Boston, MA 02110** | |
| **Allfi Inc.**<br>**Attn: President**<br>**3804 Poplar Avenue**<br>**Suite 1K**<br>**Brooklyn, NY 11234** | |
| **Priority Funding Solutions Inc.**<br>**Attn: Presidnet**<br>**TradeCenter 128**<br>**300 Tradecenter Drive**<br>**Woburn, MA 01801** | |

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                                    Case number *(if known)*

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|
| **Worldwide Capital Management Inc.**<br>**Attn: President**<br>**Spectrum Business Center**<br>**6 Venture #305**<br>**Irvine, CA 92618** | |
| **PACCAR Inc.**<br>**Attn: Presidnet**<br>**777 106th Avenue NE**<br>**Bellevue, WA 98004** | |
| **Caterpillar Financial Services**<br>**Attn: President**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | |
| **Cobalt Air LLC**<br>**Attn; President**<br>**115 Flighline Road**<br>**Portsmouth, NH 03801** | |
| **GM Financial**<br>**Attn: President**<br>**801 Cherry Street**<br>**Suite 3500**<br>**Fort Worth, TX 76102** | |
| **Magellan Jets**<br>**Attn: President**<br>**1250 Hancock Street**<br>**#802n**<br>**Quincy, MA 02169** | |
| **Harbor One Bank**<br>**Attn: President**<br>**770 Oak Street**<br>**Brockton, MA 02301** | |
| **JPMorgan Chase Bank N.A.**<br>**Attn: President**<br>**1111 Polaris Parkway**<br>**Columbus, OH 43240** | |
| **Valley Bank**<br>**Attn: President**<br>**P.O. Box 953**<br>**Wayne, NJ 07474** | |
| **Discover Bank**<br>**Attn: President**<br>**502 E. Market Street**<br>**Greenwood, DE 19950** | |
| **Prestige Capital**<br>**Attn: President**<br>**400 Kelby Street**<br>**10th Floor**<br>**Fort Lee, NJ 07024** | |

3/02/20 4:35PM

Debtor 1    **Jeffery P. Johnson**                                    Case number *(if known)*

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Balboa Capital Corporation**<br>**Attn: President**<br>**575 Anton Blvd**<br>**12th Floor**<br>**Costa Mesa, CA 92626** | |
| **Finance Factory**<br>**Attn: President**<br>**600 Fairmount Avenue #206**<br>**Towson, MD 21286** | |
| **Live Oak Bank**<br>**Attn: President**<br>**1757 Tiburon Drive**<br>**Wilmington, NC 28403** | |
| **Capital Lease Group**<br>**Attn: President**<br>**145 Manley Street**<br>**Brockton, MA 02301** | |

Debtor 1    **Jeffery P. Johnson**                                    Case number *(if known)*

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*/s/ Jeffery P. Johnson*

**Jeffery P. Johnson**                                      **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **March  2, 2020**                                 Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffery P. Johnson** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Jeffery P. Johnson** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |

| name: | | ☐ Retain the property and redeem it. | ☐ Yes |
| --- | --- | --- | --- |
| Description of property securing debt: | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
| --- | --- | --- |
| Lessor's name: | **3 Shaws Cove** | ■ No  ☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed  of office space for Cambridge Marine Construction - 5 1/2 years** | |
| Lessor's name: | **BAE Systems Jacksonville Ship** | ■ No  ☐ Yes |
| Description of leased Property: | **Business lease  or contact which may have been guaranteed of Repairs to Spudlock Camels #BAE-7121172-4** | |
| Lessor's name: | **NAVFAC Mid Atlantic** | ■ No  ☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed work at Naval Shipyard Portsmouth NH  contract #N4008514D2308** | |
| Lessor's name: | **NAVFAC Mid Atlantic** | ■ No  ☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed Overhaul south gas compressor B29 Contract #N40085104D2308** | |
| Lessor's name: | **NAVFAC Mid Atlantic** | ■ No  ☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed base operating maintenance services at the Marine Corps Facilities located in Garden City NY  Contract #N4008518D7301** | |
| Lessor's name: | **NAVFAC Mid Atlantic** | ■ No  ☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed Demolish Pier and provide new salt water pump stattion contract** | |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

Debtor 1   **Jeffery P. Johnson**                                           Case number (*if known*) _____

                              **#N40085-16-C-9308**

| | | |
|---|---|---|
| Lessor's name: | **NAVFAC Mid Atlantic** | ■ No<br>☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed Building 592 Submarine Escapr Trainer repairs Contract #N4008517C9612** | |
| Lessor's name: | **NAVFAC SOUTHEAST** | ■ No<br>☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed restore/repair spudlock camels located at Trident refit wharfs Contract #N69450-16-C-5028** | |
| Lessor's name: | **Seaward Marine Corporation** | ■ No<br>☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed 36 month lease commending on 3/27/18 for 2006 Manitowoc 222 100T Crawler Crane** | |
| Lessor's name: | **Seaward Marine Corporation** | ■ No<br>☐ Yes |
| Description of leased Property: | **Business lease or contract which may have been guaranteed Lease/Charter of Flex Floats Barges commencing March 27, 2018** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jeffery P. Johnson**                                    Case number (*if known*)

---

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**    **/s/ Jeffery P. Johnson**                          **X**

    **Jeffery P. Johnson**                              Signature of Debtor 2
    Signature of Debtor 1

    Date    **March  2, 2020**                         Date

---

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re    **Jeffery P. Johnson**                                                    Case No. _____
                                    Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................    $ _____**2,500.00**

    Prior to the filing of this statement I have received .........................    $ _____**2,500.00**

    Balance Due .......................................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Reference is hereby made to the Bankruptcy Retainer Agreement dated February 27, 2020 for description of
        services and compensation to be paid.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal
    representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to
    the Chapter 7 case described above.  Under no cirumstances shall this agreement be construed to impose a
    professional obligation or duty upon the attorney to represent the client in related or unrelated matters which
    matters are in the proper jurisdiction of the Superior Courts of  the State of Connecticut.**

    **Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to
    motion pursuant to sec. 522(f) and sec. 506 requries a separate attorney's fee to be paid on an hourly rate retainer
    basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor.  The
    undersigned attorney is not responsible, nor obligated to any way, to undertake representation of the Debtor in
    any adversary proceeding, unless separately retained to do so.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March  2, 2020**                                    **/s/ Anthony S. Novak**
*Date*                                                **Anthony S. Novak**
                                                      *Signature of Attorney*
                                                      **Novak Law Office, P.C.**
                                                      **280 Adams Street**
                                                      **Manchester, CT 06042**
                                                      **860-432-7710  Fax: 860-432-7724**
                                                      **anthonysnovak@aol.com**
                                                      *Name of law firm*

---

# United States Bankruptcy Court
## District of Connecticut

In re    **Jeffery P. Johnson**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **March  2, 2020**

**/s/ Jeffery P. Johnson**

**Jeffery P. Johnson**
Signature of Debtor

1st Global Capital LLC
Attn: President
1250 East Hallandale
Beach Blvd  Suite 903
Hallandale, FL 33009


3 Shaws Cove
Attn: Rimco
116 Gristmill Lane
Great Neck, NY 11023


3 Shaws Cove
Attn: Manager
3 Shaws Cover
Suite 201
New London, CT 06320


A & M Pump & Motor
Attn: President
42B East 2nd Street
Mineola, NY 11501


Accurate Pest Control LLC
Attn: President
1161 Curry Road
Schenectady, NY 12306


Ace Consulting
Attn: President
103 Deerfield Circle
Nicholasville, KY 40356


Admiral Insurance Company
Attn: President
NW5117
P.O. Box 1450
Minneapolis, MN 55485


Admiral Insurance Company
Attn: President
1000 Howard Blvd Suite 300
P.O. Box 5430
Mount Laurel, NJ 08054

```
ADP LLC
Attn: President
P.O. Box 842875
Boston, MA 02284


ADP, LLC
Attn: President
1851 N. Resler Drive
MS-100
El Paso, TX 79912


American Arrow Associates LLC
Attn: Presidet
1589 SW Balmoral Trace
Stuart, FL 34997


American Copy Service Center
Attn: President
2095 S. Main Street
Waterbury, CT 06706


American Express
Attn: President
PO Box 981537
El Paso, TX 79998


American Express
Attn: President
PO Box 297871
Fort Lauderdale, FL 33329


American National Recovery
Broup
Attn: President
411 Pennsylvania Avenue
Matamoras, PA 18336


Amy L. Kelly
84 Ruddy Duck Way
Woodbine, GA 31569


Angel V. Chequer
78 Lincoln Blvd
Hempstead, NY 11550
```

Aquarion Water Company
Attn: President
PO Box 10010
Lewiston, ME 04243


Atlas Metal Works LLC
Attn: President
48 Commerce Way
South Windsor, CT 06074


Avidia Bank
Attn: President
42 Main St
Hudson, MA 01749


Avidia Bank
Attn: Avnish Puri
100 East Main Street
Westborough, MA 01581


BAE Systems Jacksonville Ship
Repair LLC
Attn: President
8500 Heckscher Drive
Jacksonville, FL 32226


Bank of America
Attn President
P. O. Box 31785
Tampa, FL 33631


Benefit Reports, Inc.
attn: President
554 Washington Street
Wellesley, MA 02482


Butler Manufacturing
Attn: Bonnie Long
400 N. Weaber
Annville, PA 17003


Butler Manufacturing
Attn: President
1540 Genessee Street
Kansas City, MO 64102

Capital One
Attn: President
P.O. Box 30281
Salt Lake City, UT 84130


Capital One Bank (USA), NA
Attn: President
15000 Capital One Drive
Richmond, VA 23238


Caterpillar Financial Services
Attn: President
2120 West End Avenue
Nashville, TN 37203


City of New London
Attn: Tax Collector
181 State St
New London, CT 06320


City of Philadelphia
Department of Revenue
Attn: Tax Collector
P.O. Box 1630
Philadelphia, PA 19105


Colonna Masonry Concrete &
Asphalt Paving LLC
Attn: President
160 Fresh Meadow Road
West Haven, CT 06516


Comcast
Attn: President
P.O. Box 70219
Philadelphia, PA 19176


Commerce & Industry Insurance
Company
Attn: President
175 Water St. 18th Floor
New York, NY 10038

Commonwealh of Massachusetts
Department of Unemployment
Charles F. Hurley Building
19 Staniford Street
Boston, MA 02114

Corporation Service Co.
Attn President
P. O. Box 2576
Springfield, IL 62708

Department of Taxation & Finan
Department of Labor - Unemploy
P.O. Box 1012
Albany, NY 12212

DeSanctis Insurance Agency Inc
attn: President
100 Unicorn Park Drive
Woburn, MA 01801

Discover Personal Loans
Attn: President
P.O. Box 30954
Salt Lake City, UT 84130

Discover Personal Loans
Attn: President
502 E. Market Street
Greenwood, DE 19950

Doyle Security Systems Inc.
Attn: President
792 Calkins Road
Rochester, NY 14623

Doyle Security Systems Inc.
Attn: President
P.O. Box 1333
Buffalo, NY 14240

E2 Engineers LLC
Attn: President
488 Montauk Avenue
New London, CT 06320

ECC & Assocates
Attn: President
26 Railroad Avenue
Babylon, NY 11702


Elijah Flynn
956 Shewville Road
Ledyard, CT 06339


Enerflex Energy Systems Inc.
Attn: President
10815 Telge Road
Houston, TX 77095


Eric T. Hodgkins
131 Narrows Pond Road
Winthrop, ME 04364


Erica Gesing
Zwicker & Assoc.
1699 King Street
#207
Enfield, CT 06082


Estela M. Cedillo
743 Jerusalem Avenue
Uniondale, NY 11553


Everett Co-Operative Bank
Attn: President
419 Broadway
Everett, MA 02149


Eversource
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037


Farrell Smith O'Connell LLP
Attn: Managing Partner
2355 Main Street
P.O. Box 186
South Chatham, MA 02659

FGS, Inc.
Attn: President
136 Maine Avenue
Bangor, ME 04401


FGS, Inc.
Attn: President
P.O. Box 2097
Bangor, ME 04402


Five Star Mechanical Inc.
Attn: President
198 Jericho Turnpike
Suite 2
Mineola, NY 11501


Foos Fire Inc.
Attn: President
12-4 Technology Drive
East Setauket, NY 11733


Forward Financing
Attn: President
100 Summer St #1175
Boston, MA 02110


Frank M. Putorti Jr.
Attn: Managing Partner
1338 Union Street
Schenectady, NY 12308


Gannett Fleming Engineers &
Architects P.C.
Attn: President
P.O. Box 829160
Philadelphia, PA 19182


Gannett Fleming Engineers &
Architects P.C.
Attn: President
P.O. Box 67100
Harrisburg, PA 17106


Garon Camassar
Dubicki & Camassar LLP
181 Broad Street
New London, CT 06320

Georgia Department of Revenue
Taxpayer Services Division
Attn: Clerk
P.O. Box 105499
Atlanta, GA 30348


Georgia Power
Attn: President
96 Annex
Atlanta, GA 30396


Gilda L. Chequer
172-11 90th Avenue
Jamaica, NY 11432


GM Financial
Attn: President
4000 Embarcadero Drive
Arlington, TX 76014


Gregory P. Carnese
P.O. Box 392
Old Lyme, CT 06371


Hamptons Carpet One
Attn: Manager
675 North Sea Road
Southampton, NY 11968


HHC One Cambridge LLC
c/o Patel Construction LLC
27 Congress Street
Salem, MA 01970


Howard Kantrovitz
Gesmonde Pietrosimone &
Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518


Hy-Cert Services
Attn: President
122 Cain Drive
Brentwood, NY 11717

Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103


Island Fire Life Safety Co.
Attn: President
630 Broadway Avenue
Suite 1
Holbrook, NY 11741


J. Wise & Company LLC
Attn: President
1003 Morgantown Road
Shillington, PA 19607


Jamaica Ash & Rubbish Removal
Attn: President
P.O. Box 833
Westbury, NY 11590


Jennifer V. Doran
Hinckley Allen
28 State Street
Boston, MA 02109


Jeremiah E. Anderson
112 Little Paige Drive
Frankfort, KY 40601


Jpmcb-Card Services
Attn: President
P.O. Box 15369
Wilmington, DE 19850


Kabbage Inc.
Attn: President
P.O. Box 77081
Atlanta, GA 30357


Keith K. Fuller
Law Offices of Keith K. Fuller
5300 Bigelow Commons
Enfield, CT 06082

Kevin Soto
c/o Gambeski & Frum
Attn: Managing Partner
565 Taxter Road
Elmsford, NY 10523


Lasting Images
Atn: President
166 Nancy Drive
East Meadow, NY 11554


Lauren Hatch, Esq
Forward Financing LLC
100 Summer Street
Suite 1175
Boston, MA 02110


Liberty Mutual Insurance
Attn: President
17771 Cowan
Suite 200
Irvine, CA 92614


M2 Lease Fund LLC
Attn: President
175 Patrick Blvd
Suite 140
Brookfield, WI 53045


Maine Department of Labor
Employer Services Division
47 State House Station
Augusta, ME 04333


Mark S. Zamarka
Waller Smith & Palmre P.C.
52 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320


Mary F. Melton
1676 Scrubby Bluff Road
Kingsland, GA 31548

Material Testing Inc.
Attn: President
55 Laura Street
East Haven, CT 06512


Mattern Connstruction Inc.
Attn: President
26M Bushnell Hollow Road
Baltic, CT 06330


McCarthy, Burgess & Wolff
The MB&W Building
Attn: Manager
26000 Cannon Road
Bedford, OH 44146


Mount Castle Corporation
Attn: President
45 Richards Grove Road
Waterford, CT 06375


MTG Electric
Attn: President
3 Stevens Court
Saratoga Springs, NY 12866


Murtha Cullina LLP
Attn: Managing Partner
Dept. 101011
P.O. Box 150435
Hartford, CT 06115


Nancia D. Rocano Pauta
108 49 52nd Avenue
1st Floor
Corona, NY 11368


Nathan G. Westall
313 SE Huntinton Circle
Port Saint Lucie, FL 34984


NAVFAC Mid Atlantic
PWD New London
Box 26 Bldg 135
Naval Submarine Base New Londo
Groton, CT 06349

NAVFAC Mid Atlantic
PWD Maine - Fead Portsmouth
Portsmouth Naval Shipyard
Bldg 59
Portsmouth, NH 03801


NAVFAC SOUTHEAST
PWD Kingsbay
910 USS Hunley Avenue
NSB Kingsbay
Kings Bay, GA 31547


Nelson & Pope Engineers
& Surveyors
572 Walt Whitman Road
Melville, NY 11747


New England In Touch
Attn: President
255 Quaker Lane
West Warwick, RI 02893


Norberto Mejia
39 Kent Lane
Centereach, NY 11720


North American Capacity
Insurance Company
Attn: President
1450 American Lane 11th Floor
Schaumburg, IL 60173


North American Specialty
Insurance Company
Attn: President
1450 American Lane 11th Fl
Schaumburg, IL 60173


NY State Dept. of Labor
Attn: Clerk
P.O. Box 15012
Albany, NY 12212

Ny State Workers' Compensation
Attn: Finance Office
328 State Street
Rm 331
Schenectady, NY 12305


NYSIF Disability Benefits
Attn: Manager
P.O. Box 5239
New York, NY 10008


NYSIF Disability Benefits
Attn: Manager
P.O. Box 66698
Albany, NY 12206


Park Roway Inc.
Attn: President
51 Norwich Road
Quaker Hill, CT 06375


Patel Construction LLC
Attn: President
27 Conress Street
Salem, MA 01970


Peckar & Abramson
Attn: Managing Partner
70 Grand Avenue
River Edge, NJ 07661


Pennsylvania Dept. of Labor
Office of UC Tax Services
651 Boas Street
Harrisburg, PA 17121


Precision Tanks Inc.
Attn: President
105 Jackson Street
P.O. Box 257
Thompson, IA 50478


Rhode Island Telephone
Attn: President
175 Metro Center Blvd
Unit 10
Warwick, RI 02886

Santander Bank
Attn: President
Mail code: 10-421-CN2
450 Penn Street
Reading, PA 19602


Seaward Marine Corporation
Attn: President
1500-B Steel Street
Chesapeake, VA 23323


Security King
Attn: President
6 Hedge Lane
Merrick, NY 11566


Selective Insurance Company of
America
Attn: Stasia Kelly
P.O.Box 7258
London, KY 40742


Silktown Roofing Inc.
Attn: President
27 Pleasant Street
Manchester, CT 06040


SMS Services, Inc.
Attn: President
207A East St
Methuen, MA 01844


State of Connecticut
Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103


State of Connecticut
Department of Labor, ESQ
Attn: Delinquest Accounts Unit
PO Box 2940
Hartford, CT 06104

State of Maine
Maine Revenue Services
Attn: Clerk
P.O. Box 1060
Augusta, ME 04332


Stephanie King
Altus Receivables Managment
2400 Veterans Blvd
Suite 300
Kenner, LA 70062


Strategic Building Solutions
Attn: President
135 New Rd #2
Madison, CT 06443


Sullivan & Merritt Inc.
Attn: President
91 Freedom Pkwy
Hermon, ME 04401


T.F. O'Brien & Co. Inc.
Attn: President
100 Denton Avenue
New Hyde Park, NY 11040


The Hanover Insurance Group
Attn: President
P.O. Box 58005
Charlotte, NC 28285


Theresa A. Koppanati Esq.
Baker Braverman & Barbadoro
300 Crown Colony Drive
Suite 500
Quincy, MA 02169


Thomas Industrial Coatings Inc
Attn: President
2070 Hwy Z
Pevely, MO 63070

Timothy J. Lee
Fasano Ippolito Lee &
Florentine LLC
388 Orange Street
New Haven, CT 06511


Town of Groton
Tax Collector
Attn: Melissa McGuire
45 Fort Hill Road
Groton, CT 06340


Town of Stonington
Attn: Tax Collector
152 Elm Street
Stonington, CT 06378


Trane U.S. Inc.
Attn: President
3600 Pammel Creek Road
La Crosse, WI 54601


United Collection Bureau
Attn: President
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614


United Rentals
Attn: President
6125 Lakeview Road
Suite 300
Charlotte, NC 28269


United States Dept of Labor
Attn: Jeffrey S. Rogoff
Regional Solicitor
201 Varick Street Room 983
New York, NY 10014


University Sports Publications
Attn: President
33 Dixwell Avenue
Dept. 323
New Haven, CT 06511

```
Valley National Bank
Attn: President
1400 Valley Road
Wayne, NJ 07470


Verizon Wireless
Attn: President
PO Box 15062
Albany, NY 12212


Visual Edge Inc.
attn: President
L-3757
Columbus, OH 43260


Washington International
Insurance Company
Attn: President
1450 American Lane 11th Floor
Schaumburg, IL 60173


Welti Geotechnical P.C.
Attn: President
227 Williams Street
P.O. Box 397
Glastonbury, CT 06033


Westport Insurance Corporation
Attn: President
1450 American Lane
11th Floor
Schaumburg, IL 60173


Yankee Remodeler of New London
Attn: President
95 Truman Street
New London, CT 06320
```